**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CARDEA GROUP STOCKHOLDER LLC; MWH HOLDINGS ApS; ROSS BUNDY AND ANGELA SHUE 2020 REVOCABLE TRUST; SERRA CAPITAL II, L.P.; SERRA CAPITAL II FOLLOW-ON FUND, LP; SERRA CARDEA, LLC; AND PAUL BUNDY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAGRAF LIMITED; SIMON THOMAS; CHARLES PLATTS; JOHN TINGAY; and ANTHONY PEARCE,<br><br>Defendants. | C.A. No. 26-1095-JLH |

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING TIME AND PAGE LIMITS FOR MOTION TO DISMISS AND CORRECT CASE CAPTION**

This Stipulation is made by and between Plaintiffs Cardea Group Stockholder LLC, MWH Holdings ApS, Ross Bundy and Angela Shue 2020 Revocable Trust, Serra Capital II, L.P., Serra Capital II Follow-On Fund, LP, Serra Cardea, LLC, and Paul Bundy (collectively, "Plaintiffs"), and Defendants Paragraf Limited, Simon Thomas, Charles Platts, John Tingay, and Antony Pearce (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel.

**WHEREAS,** on August 28, 2026, Plaintiffs filed their Complaint (D.I. 1), which asserts claims for violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Count I), common-law fraud (Count II), and violation of Section 20(a)

of the Securities Exchange Act of 1934 (Count III);

**WHEREAS,** Defendants intend to move to dismiss the Complaint under Rule 12(b)(6) and certain Defendants intend to move to dismiss under Rule 12(b)(2) for lack of personal jurisdiction, and all Defendants intend to file a single, combined opening brief in support of the motion on behalf of all Defendants;

**WHEREAS,** the Complaint is 49 pages in length, contains 164 numbered paragraphs, is brought by seven Plaintiffs against five Defendants, and challenges numerous alleged statements, omissions, and acts under federal securities law and state common law;

**WHEREAS,** Local Rule 7.1.3(a)(4) limits opening and answering briefs to 20 pages and reply briefs to 10 pages;

**WHEREAS,** the Parties have conferred regarding the appropriate length of their briefs in light of the number of Parties, the nature and volume of the allegations in the Complaint, and the matters to be addressed in the briefing, including both whether the Court has personal jurisdiction over all defendants and the legal sufficiency of the Complaint, and the Parties believe that an increase in the page limits is necessary and appropriate, particularly because Defendants will submit a single combined brief on behalf of all five Defendants rather than separate briefs, which will promote efficiency and aid the Court in resolving the motion;

**WHEREAS,** the Parties have also conferred and agreed upon a briefing schedule for Defendants' motion to dismiss, as set forth below;

**WHEREAS,** counsel for the Parties hereby aver, pursuant to Local Rule 7.1.1, that they have met and conferred with one another with respect to the briefing schedule and page limits proposed herein, and that this Stipulation reflects the respective agreements and positions of the Parties; and

**WHEREAS,** the Parties also agree that defendant Antony Pearce's name was inadvertently misspelled in the case caption in the Complaint and should be corrected;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1. Defendants shall file their motion to dismiss the Complaint, together with a single combined opening brief in support on behalf of all Defendants, on or before November 6, 2026. The page limit for Defendants' combined opening brief shall be extended from 20 pages to 40 pages.

2. Plaintiffs shall file their combined answering brief in opposition to Defendants' motion to dismiss on or before December 11, 2026. The page limit for Plaintiffs' answering brief shall be extended from 20 pages to 40 pages.

3. Defendants shall file their combined reply brief in support of their motion to dismiss on or before January 8, 2027. The page limit for Defendants' reply brief shall be extended from 10 pages to 20 pages.

4. Nothing in this Stipulation shall be construed as a waiver of any claim, defense, objection, or argument of any Party, all of which are expressly preserved, including, without limitation, personal jurisdiction.

5. The case caption is hereby amended, and should appear on all future filings, as follows:

| | |
|---|---|
| CARDEA GROUP STOCKHOLDER LLC;<br>MWH HOLDINGS ApS;<br>ROSS BUNDY AND ANGELA SHUE 2020 REVOCABLE TRUST;<br>SERRA CAPITAL II, L.P.;<br>SERRA CAPITAL II FOLLOW-ON FUND, LP; SERRA CARDEA, LLC; AND PAUL BUNDY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAGRAF LIMITED; SIMON THOMAS; CHARLES PLATTS; JOHN TINGAY; and ANTONY PEARCE,<br><br>Defendants. | C.A. No. 26-01095-JLH |

Dated: November 2, 2026

**KIRK & INGRAM, LLP**

*/s/ David E. Kirk*
David E. Kirk (No. 7310)
Y. Carson Zhou (No. 7288)
3411 Silverside Road, Suite 104B
Baynard Building
Wilmington, DE 19810
(302) 593-0650
dkirk@kirkingram.com
czhou@kirkingram.com

*OF COUNSEL:*

**BROOK & ASSOCIATES, PLLC**
Brian C. Brook (*pro hac vice* forthcoming)
459 West 18th Street, Floor 9
New York, New York 10011
brian@brook-law.com

*Attorneys for Plaintiffs*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Valerie A. Caras*
Chad M. Shandler (No. 3796)
Andrew L. Milam (No. 6564)
Valerie A. Caras (No. 6608)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
shandler@rlf.com
milam@rlf.com
caras@rlf.com

*OF COUNSEL:*

**FENWICK & WEST LLP**
Jay Pomerantz (*pro hac vice* forthcoming)
801 California Street
Mountain View, CA 94041
(650) 988-8500
jpomerantz@fenwick.com

Marie Bafus (*pro hac vice* forthcoming)
One Front Street, 33rd Floor
San Francisco, CA 94111
(415) 875-2300
mbafus@fenwick.com

*Attorneys for Defendants Paragraf Limited, Simon Thomas, Charles Platts, John Tingay, and Antony Pearce*

**IT IS SO ORDERED** this 2nd day of November, 2026.

The Honorable Jennifer L. Hall
United States District Judge